**No. 25-1110**

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

UNITED STATES, ex rel. OMNI HEALTHCARE INC.,

*Plaintiff-Appellant*,

STATE OF ALASKA, ex rel. Omni Healthcare, Inc.; STATE OF CALIFORNIA, ex rel. Omni Healthcare, Inc.; STATE OF COLORADO, ex rel. Omni Healthcare, Inc.; STATE OF CONNECTICUT, ex rel. Omni Healthcare, Inc.; STATE OF DELAWARE, ex rel. Omni Healthcare, Inc.; DISTRICT OF COLUMBIA, ex rel. Omni Healthcare, Inc.; STATE OF FLORIDA, ex rel. Omni Healthcare, Inc.; STATE OF GEORGIA, ex rel. Omni Healthcare, Inc.; STATE OF HAWAII, ex rel. Omni Healthcare, Inc.; STATE OF ILLINOIS, ex rel. Omni Healthcare, Inc.; STATE OF INDIANA, ex rel. Omni Healthcare, Inc.; STATE OF IOWA, ex rel. Omni Healthcare, Inc.; STATE OF LOUISIANA, ex rel. Omni Healthcare, Inc.; STATE OF MARYLAND, ex rel. Omni Healthcare, Inc.; STATE OF MASSACHUSETTS, ex rel. Omni Healthcare, Inc.; STATE OF MICHIGAN, ex rel. Omni Healthcare, Inc.; STATE OF MINNESOTA, ex rel. Omni Healthcare, Inc.; STATE OF MONTANA, ex rel. Omni Healthcare, Inc.; STATE OF NEVADA, ex rel. Omni Healthcare, Inc.; STATE OF NEW JERSEY, ex rel. Omni Healthcare, Inc.; STATE OF NEW MEXICO, ex rel. Omni Healthcare, Inc.; STATE OF NEW YORK, ex rel. Omni Healthcare, Inc.; STATE OF NORTH CAROLINA, ex rel. Omni Healthcare, Inc.; STATE OF OKLAHOMA, ex rel. Omni Healthcare, Inc.; STATE OF RHODE ISLAND, ex rel. Omni Healthcare, Inc.; STATE OF TENNESSEE, ex rel. Omni Healthcare, Inc.; STATE OF TEXAS, ex rel. Omni Healthcare, Inc.; STATE OF VERMONT, ex rel. Omni Healthcare, Inc.; STATE OF VIRGINIA, ex rel. Omni Healthcare, Inc.; STATE OF WASHINGTON, ex rel. Omni Healthcare, Inc.,

*Plaintiffs*,

v.

MD SPINE SOLUTIONS LLC, d/b/a MD Labs Inc.; DENIS GRIZELJ; MATTHEW RUTLEDGE; DOE HEALTHCARE PROVIDERS 1 – 100,

*Defendants-Appellees*.

On Appeal from the U.S. District Court for the District of Massachusetts
Hon. Patti B. Saris, Case No. 1:18-cv-12558-PBS

**PLAINTIFF-APPELLANT OMNI HEALTHCARE INC.'S MOTION FOR EXTENSION**

Evan Bianchi
Thomas M. Kenny
Spiro Harrison & Nelson LLC
40 Exchange Place, Ste. 1100
New York, New York 10005
(646) 880-8850

*Counsel for Plaintiff-Appellant*

Pursuant to Federal Rule of Appellate Procedure 26(b), Plaintiff-Appellant OMNI Healthcare Inc. ("OMNI") moves to extend its deadline to object to Defendants-Appellees MD Spine Solutions LLC, d/b/a/ MD Labs Inc., Denis Grizelj, and Matthew Rutledge's ("Defendants") April 1, 2026 motion for appellate fees and costs. In support, OMNI states:

1. On December 1, 2025, this Court issued a decision affirming the District Court's decision granting summary judgment in favor of Defendants on scienter grounds.

2. On April 1, 2026, the District Court granted Defendants' application for fees and costs in the amount of $1,774,790.29.

3. That same day, Defendants filed a motion in this Court for appellate fees and costs, arguing that "[a]n award of Appellees' fees and costs is warranted for the same reason it was warranted below."

4. OMNI intends to appeal the District Court's April 1, 2026 decision granting Defendants' application for fees, and only recently retained appellate counsel for that purpose.

5. Under Local Rule 39.1(b), OMNI's objection to Defendants' motion for appellate fees and costs is due May 1, 2026.

Accordingly, OMNI respectfully requests that this Court extend its deadline to object to Defendants' motion for appellate fees and costs to **May 29, 2026**. Such an extension will best enable OMNI's recently retained appellate counsel to prepare an objection to Defendants' motion for appellate fees and costs, particularly because the arguments OMNI intends to make will likely overlap with arguments OMNI

1

intends to raise in its forthcoming appeal of the District Court's April 1, 2026 decision to award fees.

This is the first motion for extension that OMNI has filed regarding the deadline for its objection to Defendants' motion for appellate fees and costs. Defendants do not take a position on this motion.

Dated: April 20, 2026

Respectfully submitted,

*/s/ Evan Bianchi*
Evan Bianchi
Thomas M. Kenny
Spiro Harrison & Nelson LLC
100 Pearl Street, Suite 1803
New York, New York 10004
(646) 880-8850
ebianchi@shnlegal.com
tkenny@shnlegal.com

*Counsel for Plaintiff-Appellant*
*OMNI Healthcare, Inc.*

# CERTIFICATE OF COMPLIANCE

1.  This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 288 words, excluding the caption, signature block, and certificates.

2.  This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared using Microsoft Word in 14-point Times New Roman, a proportionally spaced typeface.

Dated: April 20, 2026          Respectfully submitted,

*/s/ Evan Bianchi*
Evan Bianchi

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Evan Bianchi*
Evan Bianchi